CHARLES A. BRIGGS, Respondent, *v.* PENINGO LAND
COMPANY et al., Respondents, and NICOLA RICCIO et al.,
Appellants.

(Argued February 27, 1935; decided March 19, 1935.)

*John J. Bennett, Jr., Attorney-General* (*Hugh Reilly,
Edward L. Ryan* and *Henry Epstein* of counsel), for The
People of the State of New York, appellant.

*Patrick M. Kelly, John R. Bushong, William Burdell Banister* and *Frederick H. Berges, Jr.,* for Nicola Riccio et al., appellants.

*Monroe J. Cahn, Humphrey J. Lynch* and *Henry M. Bellinger* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.